**Order entered November 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00234-CR

**JOHN HENRY WILSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-55608-S**

## ORDER

On September 19, 2013, this Court ordered the Dallas County District Clerk to file a supplemental clerk's record containing a cost bill and accompanying documents. When the supplemental record was not filed by October, 14, 2013, this Court again ordered the Dallas County District Clerk to file a supplemental clerk's record containing a cost bill and accompanying documents. To date, the Dallas County District Clerk still has not filed the supplemental clerk's record containing the cost bill and accompanying documents.

Accordingly, this Court **ORDERS** Gary Fitzsimmons, Dallas County District Clerk, to file by **NOVEMBER 21, 2013** a supplemental clerk's record containing a detailed itemization of the costs assessed in this case, including but not limited to, specific court costs, fees, and court appointed attorney fees. *In accordance with Texas Code of Criminal Procedure article 103.001,*

*the cost bill shall be signed by the officer who charged the cost or the officer who is entitled to receive payment for the cost.* We further **ORDER** that the supplemental clerk's record include a document explaining any and all abbreviations used to designate a particular fee, cost, or court appointed attorney fee.

If the Court does not receive the supplemental clerk's record by the date specified, the Court will utilize the available remedies to obtain the supplemental clerk's record, including ordering that Gary Fitzsimmons show cause why he should not be held in contempt for not complying with this Court's order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.


/s/      LANA MYERS
         JUSTICE